MEMO

RECEIVED
2021 JUL 30 A 9: 36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

TO: DEBRA P. HACKETT, CLERK

OFFICE OF THE CLERK

1 CHURCH STREET, B-110

MONTGOMERY, ALABAMA 36104


FROM: RICKEY LETT

1249 SANDLEWOOD DR

MONTGOMERY, ALABAMA 36117


CASE NO. 2:19-cv-702-ECM-JTA

REF TO: LETT V. CVS CARK MARK CORP., 2:19-cv-702-ECM-JTA

CHIEF JUDGE MARKS presided over the case and at the same time owned stock in CVS HEALTH CORPORATION and would not RECUSE herself from the case causing DAMAGE to the PLAINTIFF which was a CONFLICT OF INTEREST.

RESULTS: Plaintiff Demand Relief in the amount of $2.8 Billion Dollars and LITIGATION is subject to be file.


_7/35/21_

DATE

_Rickey Lett_ (signature)

RICKEY LETT