IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICKEY LETT
  PLAINTIFF

V.                    CASE NO. 2:19-702-RAH

CVS CARE MARK CORPORATION
AND AMNEAL PHARMACEUTICAL
CORPORATION
  DEFENDANTS

PLAINTIFF RESPONSE FOR JUDGEMENT ON THE MERITS.

The Plaintiff hereby petition the Court to make a judge-ment of merits based on evidence rather than technical or procedural grounds and also reject the responses by the defendants to dismiss.

8-9-21
DATE

_Rickey Lett_
RICKEY LETT

CERTIFICATE OF SERVICE

I hereby certify that on AUGUST 9, 2021, a copy of the foregoing has been served on the following party by U.S. Mail postage prepaid and properly addressed:

WHITE ARNOLD & DOWD, P.C.
2025 THIRD AVENUE NORTH, SUITE 500
BIRMINGHAM, ALABAMA 35203
PHONE: (205) 323-1888

THOMAS E. WALKER
COUNSEL FOR DEFENDANT
CVS HEALTH CORPORATION

*Rickey Lett* (signature)
RICKEY LETT
1249 SANDLEWOOD DR
MONTGOMERY, ALABAMA 36117
(334) 220-7798